# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CORDELL EDWARDS, ) <br> ) <br> Defendant. ) | 4:19-CR-00315-DGK-13 |

## ORDER ADOPTING THE MAGISTRATE'S REPORT AND RECOMMENDATION DENYING DEFENDANT'S MOTION TO SUPPRESS AS MOOT

Pending before the Court is Defendant Cordell Edwards' Motion to Suppress Evidence From Defendant Edwards['] Cell Phone And/Or Motion to Quash, ECF No. 327, and United States Magistrate Judge Jill Morris' Report and Recommendation, ECF No. 342, recommending the Court deny the motion as moot. Neither the Government nor Defendant object to the Report and Recommendation, and the time to do so has expired.

After reviewing the report and conducting an independent review of the applicable law and record, *see* L.R. 74.1(a)(2), the Court agrees with the Magistrate's holding that Defendant's motion is moot.

The Court ADOPTS the Report and Recommendation and DENIES the motion. The Court also ORDERS the Government, once it has released the cell phone at issue in this motion, to file a notice on the record stating the date on and the person to whom the cell phone was released.

**IT IS SO ORDERED.**

Date: July 2, 2021  /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT